UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------x
UNITED STATES OF AMERICA      :    Hon. Dickinson R. Debevoise
                              :
    v.                        :    Crim. No. 10-853 (DRD)
                              :
MALEK WASHINGTON              :    ORDER
---------------------------------x

THIS MATTER having come before the Court on the petition of U.S. Probation Officer Paul E. Choinski of the U.S. Probation Office, for a finding that MALEK WASHINGTON has violated the terms of his supervised release; and

It appearing that MALEK WASHINGTON appeared before this Court on October 24, 2011 and pled GUILTY to Violation Numbers Two and Four of a Petition for Violation of Supervised Release, dated April 19, 2011, which Violation Two charged MALEK WASHINGTON with a Grade C Violation of having failed to meet his monthly reporting requirements with his probation officer, and which Violation Four charged MALEK WASHINGTON with a Grade C Violation of failing to notify his probation officer within 72 hours of any change of residence; and the Court having accepted the GUILTY plea by MALEK WASHINGTON as having been made on an informed, voluntary, knowing, and intentional basis; and

The Court having found that MALEK WASHINGTON is in violation of the conditions of Supervised Release as charged in Violation Numbers Two and Four of the Petition for Violation of Supervised Release, dated April 19, 2011;

IT IS on this 26th day of October, 2011 hereby

ORDERED that MALEK WASHINGTON's current term of supervised release is revoked; and it is further

ORDERED that MALEK WASHINGTON is sentenced on the violations to 3 months incarceration; and it is further

ORDERED that upon his release, a new term of supervised release shall be imposed on MALEK WASHINGTON for a term of 2 years; and it is further

ORDERED that, within 72 hours of release from custody of the Bureau of Prisons, MALEK WASHINGTON shall report in person to the Probation Office in the district to which he is released; and it is further

ORDERED that, while on supervised release, MALEK WASHINGTON shall not commit another federal, state or local crime, shall be prohibited from possessing a firearm or other dangerous device, shall not possess an illegal controlled substance and shall comply with the standard conditions that have been adopted by this Court; and it is further

ORDERED that, while on supervised release, MALEK WASHINGTON shall contribute 20 hours of community service work per week when not employed or excused by the probation officer for schooling, training, or other acceptable reasons; such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office; and it is further

ORDERED that, pursuant to United States Sentencing

Guidelines, Section 7B1.3(d), the balance of the special assessment ($100) which was previously imposed is due immediately.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge